# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2013 FEB 22  PM 4:09

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    vs.<br><br>ALEX ALBERTO<br>    ESCOBAR-SANTIAGO,<br><br>                              Defendant. | CASE NO. 12CR3807-CAB<br><br>BY____ Dora<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

  X   the jury has returned its verdict, finding the defendant not guilty;

  X   of the offense(s) as charged in the Indictment/Information:

        TITLE 21, U.S.C., SECS. 952 AND 960 - IMPORTATION OF METHAMPHETAMINE

_____

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 21, 2013        _____

                                Cathy Ann Bencivengo
                                U.S. District Judge